Holly Lynn Gershow, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Kevin C. Frein, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Gerald Bettman, Law Offices of Gerald S. Bettman, Jacksonville, FL, for Defendant-Appellant

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

James Cotter appeals the revocation of his supervised release, 18 U.S.C. § 3583(e)(3), for possessing child pornography. Cotter argues that there is insufficient evidence that he violated the conditions of his supervised release and that the district court clearly erred when it found that the recantation of his confession was not credible. We affirm.

We review a ruling that a defendant violated the terms of his supervised release for an abuse of discretion. *United States v. Copeland*, 20 F.3d 412, 413 (11th Cir. 1994). Credibility determinations are the province of the fact finder who personally observes the witnesses and is in a better position than a reviewing court to assess their credibility. *United States v. Ramirez-Chilel*, 289 F.3d 744, 749 (11th Cir. 2002).

The district court did not abuse its discretion when it revoked Cotter's supervised release. The district court was entitled to find by a preponderance of the evidence that, on October 14, 2014, while on supervised release, Cotter knowingly possessed child pornography and that he admitted that, on March 17, 2016, he accessed the internet using a cell phone and a tablet device to download child pornography. Circumstantial evidence supports the inference that Cotter had access to and used a secure digital memory card to obtain child pornography. And the district court did not clearly err when it discredited Cotter's recantation of his earlier confession. The district court was entitled to find that Cotter's admissions about viewing images of males but not females were credible. We affirm.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kristopher M. STOREY, Defendant-Appellant.**

**No. 16-17746 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(August 16, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, Karen L. Gable, Sean Phillip Shecter, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Alisha Marie Scott, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Kristopher M. Storey, Pro Se

Before MARCUS, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Kristopher Storey in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgment revoking Storey's conviction and sentence are **AFFIRMED.**